1
2
3  Attorneys for Plaintiffs, Darryl Blue, as Administrator of the estate of Otha Blue; and Dena Sarris
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12

| | |
|---|---|
| | Case No. 05-3842 CRB |
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Darryl Blue, as Administrator of the estate of Otha Blue; and Dena Sarris,<br>　　　　Plaintiffs,<br>　　vs.<br>Pfizer, Inc., et al.<br>　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, DARRYL BLUE, AS ADMINISTRATOR OF THE ESTATE OF OTHA BLUE, and DENA SARRIS (transferring case number CV 05-0464 from the United States District Court for the Northern District of Alabama), and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 20, 2009

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1
2          By: /s/ Wesley W. Barnett
           Wesley W. Barnett
3          One of Attorneys for Plaintiffs, Darryl Blue, as
           Administrator of the Estate of Otha Blue, and Dena Sarris
4          Davis & Norris, LLP

5

6   DATED: May 14, 2009        DLA Piper LLP (US)

7
           By: /s/ Michelle Sadowsky
8          Michelle Sadowsky
           Attorneys for Defendants
9

10

11

12   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

13

14   Dated: May 19, 2009
                                    _____
15                                  Hon. Charles R. Breyer
                                    United States District Court
16
                                    IT IS SO ORDERED
17                                  Judge Charles R. Breyer

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

PFZR/1035934/6190655v.1